# United States Bankruptcy Court
## Eastern District of Virginia
Alexandria Division

| | |
|---|---|
| **TO:**<br>Ashvin Pandurangi<br>AP Law Group, PLC<br>7777 Leesburg Pike<br>Suite 402N<br>Falls Church, VA 22043 | **In re:**  Mark Ola<br><br>**Case Number**  17–10911–BFK<br>**Chapter**  7 |

**YOU ARE ADVISED AS FOLLOWS CONCERNING PAPERS FILED BY YOU WHICH CONTAIN DEFICIENCIES:**

*31* – Motion to Reopen Case to file certification of completion of financial management course filed by Ashvin Pandurangi of AP Law Group, PLC on behalf of Mark Ola. (Pandurangi, Ashvin)

**REQUIREMENTS OF FORM/PROCESS:**

\_  Not accompanied by "Request for Waiver to File by Computer Diskette or Conventionally."* Parties represented by attorneys and governmental units and institutional entities must file via the Internet or complete and file a Request for Waiver in order to file by computer diskette or conventionally. Future noncompliant filings will be forwarded to the Court for determination/appropriate action.

\_  Please prepare and submit to the Court an Order Extending Stay, which may be obtained from the Court's web site at www.vaeb.uscourts.gov under Bankruptcy Forms.*

\_

**MOTION FOR EXPEDITED HEARING [LBR 9013–1(N)]:**

\_  Not accompanied by Certification Regarding Request for Expedited Hearing*.

\_

**MOTION FOR RELIEF FROM STAY AND/OR CODEBTOR STAY [LBR 4001(a)(1)]:**

\_  Not accompanied by proof of service indicating service of motion upon parties required to be served.

\_  Notice as required by LBR 4001(a)–1(C) not clearly stated or conspicuously provided in motion.

\_  Caption of codebtor stay does not clearly state the subsection of 11 U.S.C. 1301 under which party is proceeding.

\_

**NOTICE OF MOTION OR OBJECTION/NOTICE OF HEARING:**

**X**  Official Form 420A* – Notice of Motion or Objection. The Notice must be in substantial compliance with the official form and must accompany the Motion or Objection when filed.

\_  Official Form 420B* – Notice of Objection to Claim. The Notice must be in substantial compliance with the official form and must accompany the objection when filed.

\_  Date, time and/or location omitted or incorrect in Notice of Hearing.

\_  Notice of Hearing/Response not properly linked to Motion/Application/Objection

**X**  Please set the matter for hearing.

*A copy of the above–referenced forms may be obtained from the Court's web site at www.vaeb.uscourts.gov

| | |
|---|---|
| Date:  October 13, 2017 | CLERK, UNITED STATES BANKRUPTCY COURT<br><br>By /s/ Elizabeth W. Douglass, Deputy Clerk<br>Direct Dial Telephone No. 703–258–1221 |

[igmotionvDec2016.jsp]