UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:                                        )
                                              )
                                              )      Case No.
                                              )      Chapter
                    Debtor                    )

**NOTICE OF MOTION**

_____ has filed papers with the court to _____

_____.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before _____, you or your attorney must:

Send to the parties listed below at least 14 days written notice of a hearing, which may be set on any regularly-scheduled motion day of the judge assigned to the case. If necessary, you may obtain a list of such dates by telephone from the clerk's office. The original and one copy of the notice must be filed with the clerk, accompanied by a motion day cover sheet, a copy of which may be obtained from the clerk. If you are not represented by an attorney, you may instead file with the clerk a written request for hearing. If you mail your request for hearing to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. The address of the clerk's office is as follows:

Clerk of Court
United States Bankruptcy Court
200 S. Washington Street
Alexandria, Virginia  22314

You will be notified by the clerk of the hearing date and will be responsible for sending notice of hearing to the parties listed below.

File with the court, at the address shown above, a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). **Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.** If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. You must **also** mail a copy to the persons listed below.

Attend the hearing scheduled to be held on _____ at _____ o'clock ___.m. in Courtroom _____, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314.  **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

A copy of any written response must be mailed to the following persons:

_____
_____
_____
_____

_____
_____
_____
_____

United States Trustee, Region 4
115 South Union Street, Suite 210
Alexandria, VA 22314

  If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: _____    Signature, name, address and telephone number of person giving notice:
_____
_____
_____
_____
Virginia State Bar No. _____
Counsel for _____

Certificate of Service

I hereby certify that I have this _____ day of _____, 2017, mailed or hand-delivered a true copy of the foregoing Notice of Hearing to the parties listed on the attached service list.

_____

Amex
Po Box 297871
Fort Lauderdale, FL 33329-0000


Amex Dsnb
Po Box 8218
Mason, OH 45040-0000


amex plat
11445 SHERWOOD FOREST WAY
FAIRFAX, VA 22030-0000


apple federal credit union
11445 SHERWOOD FOREST WAY
FAIRFAX, VA 22030-0000


Chase Card
Po Box 15298
Wilmington, DE 19850-0000


discover
11445 SHERWOOD FOREST WAY
FAIRFAX, VA 22030-0000


Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850-0000


gale m ola
11445 SHERWOOD FOREST WAY
FAIRFAX, VA 22030-0000


macy's amex
11445 SHERWOOD FOREST WAY
FAIRFAX, VA 22030-0000


paypal
11445 SHERWOOD FOREST WAY
FAIRFAX, VA 22030-0000


Progressive Mgmt Syste
1521 W. Cameron Ave
West Covina, CA 91790-0000

Prosper Marketplace In
101 2nd St Fl 15
San Francisco, CA 94105-0000


Sears/cbna
Po Box 6283
Sioux Falls, SD 57117-0000


Syncb/dkdc
P.o. Box 965005
Orlando, FL 32896-0000


usaa federal checking bank
11445 SHERWOOD FOREST WAY
FAIRFAX, VA 22030-0000


Usaa Savings Bank
10750 Mc Dermott
San Antonio, TX 78288-0000


Volvo Car Financial Sv
1 Volvo Dr
Rockleigh, NJ 07647-0000


Volvocarlse
Po Box 45144
Jacksonville, FL 32231-0000

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

### ALEXANDRIA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MARK OLA | ) | Case No. 17-10911-BFK |
| | ) | Chapter 7 |
| *Debtor*, | ) | |
| | ) | |

## MOTION TO REOPEN CASE TO FILE CERTIFICATION OF COMPLETION OF FINANCIAL MANAGEMENT COURSE

Mark Ola, by counsel, hereby moves this Court to reopen his Chapter 7 case for the purpose of filing his certification of completion of a post-petition financial management course, and respectfully states as follows:

1. The Debtor filed a voluntary petition under Chapter 7 on March 21, 2017.

2. Debtor's case was closed without discharge on September 27, 2017 for failure to file a Certificate of Completion of Financial Management Course.

3. Debtor is going through a contested divorce which has taken up much of his attention and time. Debtor was able to complete the post-petition instruction course on personal financial management on October 8, 2017.

WHEREFORE, Debtor respectfully requests that this Court reopen Debtor's case and allow him to file the certification of completion of the financial management course.

Respectfully Submitted,

/s/ Ashvin Pandurangi
Ashvin Pandurangi, Bar #86966
AP Law Group, PLC
7777 Leesburg Pike, Suite 402N

                                                                 Falls Church, VA 22043
                                                                 Tel: (571) 969-6540
                                                                 Fax: (571) 699-0518
                                                                 *Counsel for Debtor*

## CERTIFICATE OF SERVICE

       I hereby certify that I have this 10th day of October, 2017 served a copy of the foregoing Motion to Reopen Case by electronic mail and ECF to Jack Frankel on behalf of the U.S. Trustee, Judy A. Robbins, and to the Chapter 7 Trustee, Donald F. King.

Jack Frankel on behalf of U.S. Trustee Judy A. Robbins, 11
jack.i.frankel@usdoj.gov, USTPRegion04.ax.ecf@usdoj.gov

Donald F. King
Kingtrustee@ofplaw.com

                                                                  /s/ Ashvin Pandurangi
                                                                  Ashvin Pandurangi